Submitted on remand September 20, appeal dismissed November 8, 1995

In the Matter of M.T., a Child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Appellant,*

*v.*

M.T.,
*Respondent.*

(8605-80305; CA A78160)

904 P2d 655

Michael Loy, Referee.

Michael C. Livingston, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Peter Miller argued the cause and filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Appeal dismissed. *State ex rel Juv. Dept. v. M.T.*, 321 Or 419, 899 P2d 1192 (1995).